■■■ In the Matter of the Estate of ANITA D. SHELDON, Deceased. SANDRA HAWN, as Executrix of RICHARD SHELDON, Deceased, Respondent, v LYNNE SUORSA et al., Appellants. [939 NYS2d 923]—Appeal from a decree (denominated decision and order) of the Surrogate's Court, Ontario County (Frederick G. Reed, S.), entered April 4, 2011. The decree determined the right of election of Richard Sheldon to be valid.

It is hereby ordered that the decree so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.

■■■ KATHLEEN E. TAFT, Appellant, v ANDREA G. MORAN et al., Respondents. (Appeal No. 1.) [939 NYS2d 900]—Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered April 7, 2011 in a personal injury action. The order granted the motion of defendants for summary judgment dismissing the complaint and denied the cross motion of plaintiff for partial summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.